Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 09-5827RJB |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL |
| STEVEN ALLEN DAILEY, ) | |
| Defendant. ) | |

Having read the United States' Sentencing Memorandum in the above-captioned case, which was filed under seal, and the United States' Motion to Seal requesting that the its Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the United States' Sentencing Memorandum in this matter shall remain sealed.

DATED this 2nd day of March, 2010.

*(signature)*
Robert J Bryan
United States District Judge

Presented by:

*s/ Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney

Order to Seal/Steven Allen Dailey — 1
CR09-5827RJB