JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5827RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| STEVEN ALLEN DAILEY, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and any attachments thereto, are to be sealed.

DONE this 2nd day of March, 2010.

_/s/ Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:

/s/*Colin Fieman*
Colin Fieman
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**